## John J. Phillips, Appellee, v. Robert White et al., Appellants.

### Gen. No. 42,832.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Ross, Berchem & Schwantes, for appellants; no appearance for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.